IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS FIELDS**  PETITIONER
ADC #150118

VS.    CASE NO.: 5:14CV00063-BD

**RAY HOBBS**, Director,
Arkansas Department of Correction    RESPONDENT

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent Ray Hobbs. Marcus Fields's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is DENIED and DISMISSED, with prejudice.

DATED this 8th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE